IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| JANE ROE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 18-2142 |
| THE PENNSYLVANIA STATE UNIVERSITY and JOHN DOE, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 15th day of February, 2019, upon consideration of Defendant The Pennsylvania State University's ("Penn State") Motion to Dismiss for Failure to State a Claim, Defendant John Doe's ("Doe") Motion to Dismiss for Lack of Jurisdiction, Plaintiff Jane Roe's Responses in Opposition, and Penn State's Reply Brief, it is hereby **ORDERED** that Penn State's Motion (Doc. No. 19) and Doe's Motion (Doc. No. 16) are **GRANTED**. **IT IS FURTHER ORDERED** that:

1. Counts IV and V of the Amended Complaint are **DISMISSED WITH PREJUDICE**;

2. Counts VIII and IX are **DISMISSED WITHOUT PREJUDICE**; and

3. Doe is **DISMISSED** from the action **WITHOUT PREJUDICE**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE